FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAR 13 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X Case No. 17-cv-01008-ARR-PK

JADER VALENCIA,

                              Plaintiff,                      STIPULATION OF
                                                                           VOLUNTARY DISMISSAL

                    -against-

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

                              Defendant.
-----------------------------------------------------------------X

        The Parties, by and through their attorneys, hereby consent to the dismissal of the above-entitled action pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure with prejudice and without costs or fees.

Dated: March 8, 2018.


/s/ Novlette R. Kidd
NOVLETTE R. KIDD, ESQ.
FAGENSON & PUGLISI, PLLC
Attorneys for Plaintiff
450 Seventh Avenue, Suite 704
New York, New York 10123
Tel.: (212) 268-2128
Nkidd@fagensonpuglisi.com

/s/ Arthur J. Sanders
ARTHUR J. SANDERS, ESQ.
BARRON & NEWBURGER, PC
Attorneys for Defendant
30 South Main Street
New City, New York 10956
Tel.: (845) 499-2990
Asanders@bn-lawyers.com


Dated: Brooklyn, New York
          March 9, 2018.

IT IS SO ORDERED:

/s/ (ARR)
_____
HON. ALLYNE R. ROSS
United States District Judge